I dissented in Ex parte Wilson, 571 So.2d 1251 (Ala. 1990), because I did not consider the prosecutor's comment to be a comment on the defendant's failure to testify. Likewise, under the facts in this case, I do not consider the prosecutor's comment to be a comment on the defendant's failure to testify at trial. Williams made a pretrial statement, after having been advised of his constitutional rights, in which he said that he had had consensual sex with the prosecutrix. That statement was admitted into evidence without objection: "At that point the female reached over and grabbed [Williams] between the legs. They exited the car and [Williams] placed the Nasty-Feet T-shirt on the hood and they had sex at that point."
I would quash the writ as having been improvidently granted. Therefore, I dissent.